# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Vann v. City of Rochester **Docket No.:** 24-3186

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Grace Wallack

**Firm:** McDermott Will & Emery LLP

**Address:** 500 North Capitol Street NW, Washington, DC 20001

**Telephone:** (202) 756-8000 **Fax:** (202) 756-8087

**E-mail:** gwallack@mwe.com

**Appearance for:** Appellee David Vann
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Elliot Dolby Shields, Roth & Roth LLP )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** s/ Grace Wallack

**Type or Print Name:** Grace Wallack